# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>$170,000 IN U.S. CURRENCY,<br><br>　　　　Defendant,<br><br>　　and<br><br>DAMION WHITE,<br><br>　　　　Claimant. | Case No. 25-cv-0062 (DSD/JFD)<br><br>**ORDER STAYING CIVIL<br>FORFEITURE PROCEEDING** |

　　　　This civil forfeiture proceeding is before the Court on Plaintiff United States of America's motion to stay proceedings pursuant to 18 U.S.C. § 981(g)(1) (Dkt. No. 14). Neither Defendant nor Claimant filed an opposition or other response to the motion by the April 16, 2025 deadline. Accordingly, pursuant to D. Minn. LR 7.1(g)(1), the Court cancels the hearing and considers the motion submitted without oral argument.

　　　　Title 18 U.S.C. § 981(g)(1) provides that, on motion filed by the United States, "the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case." Based on the information provided by the United States in its motion papers, including the ex parte declaration submitted pursuant to section 981(g)(5), the Court finds that the United States has shown

that discovery in this civil matter would adversely affect a related criminal investigation. In particular, without revealing the information set forth in the ex parte declaration, the pending criminal investigation and this civil case involve the same witnesses, facts, and circumstances. Furthermore, allowing civil discovery about those witnesses, facts, and circumstances would adversely affect the United States' ability to conduct the related criminal investigation.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The hearing on Plaintiff United States of America's motion to stay civil forfeiture proceedings pursuant to 18 U.S.C. § 981(g)(1) (Dkt. No. 14) is **CANCELED**;

2. Plaintiff United States of America's motion to stay civil forfeiture proceedings pursuant to 18 U.S.C. § 981(g)(1) (Dkt. No. 14) is **GRANTED**; and

3. Counsel for the United States must file a status report no later than **August 1, 2025**, and every three months thereafter.

Dated: April 18, 2025

       *s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge

2